IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUDREY PONSI,

    Plaintiff,

v.

MAGICAL CRUISE CO., LTD. and THE VESSEL "DISNEY MAGIC,"

    Defendants.

No. C 06-02464 WHA

**ORDER TO SHOW CAUSE**

The above-entitled action was removed from state court. Disney Magic did not join in the notice of removal. Defendant Magical Cruise Co. is **ORDERED TO SHOW CAUSE** why this action should not be remanded for failure of all defendants to join in removal. All defendants except nominal parties must join in the notice of removal. 28 U.S.C. 1446(b); *Hewitt v. City of Stanton*, 798 F.2d 1230, 1232 (9th Cir.1986). The response to this order shall be due at **3 P.M., THURSDAY, APRIL 20, 2006**.

**IT IS SO ORDERED.**

Dated: April 30, 2006

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE