IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUDREY PONSI,

    Plaintiff,

v.

MAGICAL CRUISE CO., LTD. and THE VESSEL "DISNEY MAGIC,"

    Defendants.

No. C 06-02464 WHA

**ORDER TO SHOW CAUSE**

    Plaintiff Audrey Ponsi is **ORDERED TO SHOW CAUSE** why the motion to dismiss should not be granted for failure to oppose it. The response to the order will be received orally at the hearing set for 8 a.m., June 1, 2006.

**IT IS SO ORDERED.**

Dated: May 15, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE