IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUDREY PONSI,

    Plaintiff,

v.

MAGICAL CRUISE CO., LTD. AND THE VESSEL "DISNEY MAGIC,"

    Defendants.

No. C 06-02464 WHA

**ORDER**

    Plaintiff shall submit, along with the other materials requested, an authenticated copy of all documents served on her or her counsel by way of notice of the motion to dismiss and of the hearing thereon.

**IT IS SO ORDERED.**

Dated: June 1, 2006

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE